Opinion issued May 20, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00882-CV
_____

**CLIFTON FRANKS, Appellant**

**V.**

**GALVESTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. CV-0093468**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on February 28, 2025. On March 13, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.

P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.